09-2572-cv
Cates v. Potter

**UNITED STATES COURT OF APPEALS**
**FOR THE SECOND CIRCUIT**

**SUMMARY ORDER**

**RULINGS BY SUMMARY ORDER DO NOT HAVE PRECEDENTIAL EFFECT. CITATION TO A SUMMARY ORDER FILED ON OR AFTER JANUARY 1, 2007, IS PERMITTED AND IS GOVERNED BY FEDERAL RULE OF APPELLATE PROCEDURE 32.1 AND THIS COURT'S LOCAL RULE 32.1.1. WHEN CITING A SUMMARY ORDER IN A DOCUMENT FILED WITH THIS COURT, A PARTY MUST CITE EITHER THE FEDERAL APPENDIX OR AN ELECTRONIC DATABASE (WITH THE NOTATION "SUMMARY ORDER"). A PARTY CITING A SUMMARY ORDER MUST SERVE A COPY OF IT ON ANY PARTY NOT REPRESENTED BY COUNSEL.**

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, in the City of New York, on the 5th day of February, two thousand ten.

PRESENT:
> PIERRE N. LEVAL,
> RICHARD C. WESLEY,
> *Circuit Judges*,
> JOHN GLEESON,*
> District Judge.

————————————————————————————————————

Elliot Ulysses Cates,

*Plaintiff-Appellant*,

v.                                              09-2572-cv

John Potter, Postmaster General, Cheryl Williams, Vanessa Duncan-Smith, Toniette Henry,

*Defendants-Appellees*.

————————————————————————————————————

*The Honorable John Gleeson, of the United States District Court for the Eastern District of New York, sitting by designation.

APPEARING FOR APPELLANT:  JARED KNEITEL, New York, NY.

APPEARING FOR APPELLEES:  Assistant United States Attorney CAROLINA A. FORNOS (David S. Jones, Assistant United States Attorney, *on the brief*) for Preet Bharara, United States Attorney for the Southern District of New York, New York, NY.

Appeal from a judgment of the United States District Court for the Southern District of New York (Baer, *J.*)

**UPON DUE CONSIDERATION IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that the judgment of the district court be **AFFIRMED.**

Appellant Elliot Ulysses Cates ("Cates") appeals the district court's grant of Appellees' Federal Rule of Civil Procedure 12(b)(6) motion, dismissing his complaint alleging violations of the Due Process Clause, Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000e *et seq.*, and the Rehabilitation Act, 29 U.S.C. § 701 *et seq.*, as well as claims for defamation and breach of contract. We assume the parties' familiarity with the underlying facts, the procedural history of the case, and the issues on appeal.

We review a district court's dismissal of a complaint pursuant to Rule 12(b)(6) *de novo*, "construing the complaint liberally, accepting all factual allegations in the complaint as true, and drawing all reasonable inferences in

2

the plaintiff's favor." *Chambers v. Time Warner, Inc.*, 282 F.3d 147, 152 (2d Cir. 2002). Our independent review of the record confirms that the district court properly granted the motion to dismiss. We affirm that court's judgment for substantially the same reasons as articulated in that court's thorough and well-reasoned opinion.

For the foregoing reasons, the judgment of the district court is hereby **AFFIRMED.**

FOR THE COURT:
Catherine O'Hagan Wolfe, Clerk